JAMES MORTON, Respondent-Appellant, v. PENROD C. MORTON, Appellant-Respondent.—

Hopkins, Acting P. J., Munder, Martuscello and Brennan, JJ., concur; Kleinfeld, J., not voting.

KATHLEEN RENFROE, an Infant by Her Guardian ad Litem, RONALD RENFROE, et al., Respondents, v. MARION RENFROE, Appellant.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.